IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:                                    )
                                          )
MINING OIL, INC.,                         )        Case No. _____
                                          )        Chapter 7
        Debtor.                           )

## CORPORATE OWNERSHIP STATEMENT

Mining Oil, Inc. (the "Debtor"), pursuant to Federal Rules of Bankruptcy Procedure 1007 and 7007.1, states that there are no entities to report under Rule 7007.1.

By: _____
Michael Price
Chairman of the Board of Directors for the Debtor

HOU:3518236.1