UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Mining Oil, Inc.

Case No.: 15–30427

**ENTERED**
**01/23/2015**

Debtor

Chapter: 7

---

### NOTICE AND ORDER REGARDING MOTIONS TO LIFT STAY

The Attorney who signs a Motion to Lift Stay must personally appear in Court at all hearings relating to the motion unless an agreed order has been filed with the Clerk of Court at least two (2) business days prior to the scheduled hearing. The attorney who signs the motion may not send another attorney in lieu of appearing personally. Sanctions may be imposed for failure to personally appear.

It is so ORDERED.

Signed and Entered on Docket: 1/23/15

_____
JEFF BOHM
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                            Southern District of Texas
In re:                                                       Case No. 15-30427-jb
Mining Oil, Inc.                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0541-4          User: admin                 Page 1 of 2                 Date Rcvd: Jan 23, 2015
                              Form ID: mlsoB             Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2015.
db             #+Mining Oil, Inc.,    1221 Lamar Street, Suite 1111,    Houston, TX 77010-3125
9023584          American Ad Valorem Tax Consultants, Inc.,    PO Box 6330,    Corpus Christi, TX 78466-6330
9023585          American Stock Transfer & Trust Company,    PO Box 12893,    Philadelphia, PA 19176-0893
9023586         +Andrews Kurth LLP,    Attn: Greg Waller,   600 Travis, Suite 4200,    Houston, TX 77002-2929
9023588          Baker Hughes,    P.O. Box 301057,   Dallas, TX 75303-1057
9023587         +Baker, Donelson, Bearman, Caldwell,    & Berkowitz, P.C.,    301 McKinney Street, Suite 3700,
                  Houston, TX 77002
9023590         +Barco Bay Services, Inc.,    208 Michael St.,    Inez, TX 77968-3650
9023664         +Bill Walker,    4899 Montrose Blvd.,    Houston, TX 77006-6164
9023591         +Cactus Wellhead, LLC,    One Greenway Plaza Suite 200,    Houston, TX 77046-0199
9023592          Calhoun County Appraisal District,    P.O. Box 49,    Port Lavaca, TX  77979-0049
9023593          Calhoun County Appraisal Property# 41019,    PO Box 49,    Port LaVaca, TX 77979-0049
9023594          Calhoun County Appraisal Property# 41036,    PO Box 49,    Port LaVaca, TX 77979-0049
9023595          Calhoun County Appraisal Property# 82927,    PO Box 49,    Port LaVaca, TX 77979-0049
9023596          Calhoun County Appraisal Property# 82928,    PO Box 49,    Port LaVaca, TX 77979-0049
9023597         +Camterra Resources Inc.,    2615 East End Blvd South,    P.O. Box 2069 Marshall, TX 75672-7425
9023598          Canales & Simons, P.C.,    2601 Morgan Avenue,    P.O. Box 5624,    Corpus Christi, TX 78465-5624
9023600          Central Boat Rentals, Inc.,    PO Box 120422, Dept. 0422,    Dallas, TX 75312-0422
9023601         +Chaparral Energy, LLC,    701 Cedar Lake Blvd.,    Oklahoma City, OK 73114-7806
9023651         +Chris A. Stacy,    1010 Lamar St. Suite 1005,    Houston, TX 77002-6314
9023602         +Clean Tank, Inc.,    101 Heron Ct.,    Magnolia, TX 77355-6295
9023603         +Collarini Engineering Inc.,    3100 Wilcrest Drive, Suite 140,    Houston, TX 77042-3549
9023605         +CommunityBank of Texas, N.A. (Vista Bank),    5999 Delaware Street,    Beaumont, TX 77706-7607
9023606          Continental Court Reporters, Inc.,    5300 Memorial Drive, Suite 250,    Houston, TX 77007-8250
9023607         +Coree Sign,    2706 Double Lake Drive,    Missouri City, TX 77459-3904
9023616         +Cristy E. Hallmark, PCC,    Matagorda County Tax Assessor-Collector,
                  1700 Seventh Street, Room 203,    Bay City, TX 77414-5034
9023618         +Cristyn Hallmark, Tax Assessor-Collector,    1700 Seventh Street, Rm. 203,
                  Bay City, TX 77414-5034
9023617         +Cristyne E. Hallmark, RTA,    Matagorda County Tax Office,    1700 Seventh Street, Room 203,
                  Bay City, TX 77414-5034
9023608         +Don Rhodes & Associates, Inc.,    940 E. 51st Street Suite 108,    Austin, TX 78751-2253
9023609          Dynamic Industries, Inc.,    P.O. Box 9406,    New Iberia, LA 70562-9406
9023610          Fastorq, LLC,    P.O. Box 1507,    Harvey, LA 70059-1507
9023614         +GE Oil & Gas Pressure Control,    4424 W. Sam Houston Pkwy Suite 100,    Houston, TX 77041-8245
9023612         +Gardere Wynne,    Wells Fargo Plaza, Suite 3400,    1000 Louisiana,    Houston, Texas 77002-5005
9023630         +George C. Neale,    P.O. Box 1945,    Austin, TX 78767-1945
9023624          George Koo,    Hillcrest Capital Advisors, LLC,    126 Fig Drive Dix Hills, NY 11746
9023615         +Gulf Coast Chemical, LLC,    220 Jacqulyn St.,    Abbeville, LA 70510-8400
9023619         +Helis Oil & Gas Company, LLC,    228 St. Charles Avenue, Suite 912,    New Orleans, LA 70130-2601
9023622          Jefferson County, TAC,    Jefferson County Tax Assessor-Collector,    P.O. Box 2112,
                  Beaumont, TX 77704-2112
9023620         +Joe Hill, Sterling Bankruptcy Trustee,    5851 San Felipe, Suite 950,
                  Houston, Texas 77057-8021
9023658          John Thibeaux,    5698 Bayou Glen,    Houston, Texas 77056-1002
9023625         +Laredo Offshore Services, Inc.,    110 Horseshoe Road,    Belle Chasse, LA 70037-3160
9023626         +Little Duck Trucking,    P.O. Box 2100,    Bloomington, TX 77951-2100
9023627         +Ludington Trucking,    Robert and Cindy Ludington,    22251 Hwy 36,    Brookfield, MO 64628-8117
9023628         +Martin Energy Services, LLC,    P.O. Box 191,    Kilgore, TX 75663-0191
9023629         +Matagorda Oilfield Specialty, Inc.,    3586 FM 2668,    Bay City, TX 77414-2927
9023646         +Michael Price,    P.O. Box 130668,    Houston, TX 77219-0668
9023653          Mike Sullivan,    Tax Assessor-Collector,    P.O. Box 4622,    Houston, TX 77210-4622
9023631        #+Netherland, Sewell & Associates, Inc.,    4500 Thanksgiving Tower,    1601 Elm Street,
                  Dallas, TX 75201-7206
9023632          Newpark Envirnment Services LLC,    P.O. Box 485,    Bridge City, TX 77611-0485
9023633         +No Horsin Around Transportation,    330 Marie Lane,    Goodrich, TX 77335-7135
9023635         +Offshore Energy Services, Inc.,    5900 Highway 90 East,    Broussard, LA 70518-5701
9023637         +Opportune LLP,    711 Louisiana, Suite 3100,    Houston, Texas 77002-2711
9023643         +P.L.P.S. Inc.,    P.O. Box 700,    Pearland, TX 77588-0700
9023644         +PPI Technology Services, LLC,    920 Memorial City Way Suite 900,    Houston, TX 77024-1161
9023638          Palacios ISD Tax Office Acct# PC34195,    Rebecca Seaman Garcia, RTA,    1209 12th Street,
                  Palacios, TX 77465-3799
9023642         +Patterson Rental Tools,    8032 Main Street,    Houma, LA 70360-4428
9023649         +Randall O. Sorrels,    800 Commerce St.,    Houston, TX 77002-1707
9023623         +Richard D. Jones,    2202 Wimberie Ct.,    Katy, TX 77450-7691
9023647        #+Schiffer Odom Hicks PLLC,    700 Louisiana St #1200,    Houston, TX 77002-2791
9023650         +Southern Flow Companies,    P.O. Box 51475,    Lafayette, LA 70505-1476
9023652          State Comptroller,    Comptroller of Public Accounts,    P.O. Box 149358,    Austin, TX 78714-9358
9023655          Texas General Land Office,    P.O. Box 12873,    Austin, TX 78711-2873
9023657         +The Downtown Club,    340 West Dallas,    Houston, TX 77002-2516
9023659         +Triad Pipe & Steel, LLC,    15995 N. Barkers Landing Ste. 350,    Houston, TX 77079-2493
9023660         +Trussco, Inc.,    P.O. Box 3761,    Lafayette, LA 70502-3761
9023662          US Department of Transportation,    DOT/PHMSA,    c/o ESC, AMK-325,    Oklahoma City, OK 73125
```

```
District/off: 0541-4          User: admin              Page 2 of 2             Date Rcvd: Jan 23, 2015
                              Form ID: mlsoB           Total Noticed: 81

9023661          +United Vision Logistics,    ATTN: TAMMY LORMAND,    4021 Ambassador Caffery Prkwy Bldg A #20,
                   Lafayette, LA 70503-5281
9023663          +Victoria Oilfield Rental and Sales, Inc.,    P.O. Box 3942,    Victoria, TX 77903-3942
9023665          +William Vincent Walker,    4899 Montrose Blvd.,    Houston, TX 77006-6164
9023666           Winstead PC,    5400 Renaissance Tower 1201 Elm Street,    Dallas, TX 75270-2199
9023667           Wood Group Production Services, Inc.,    P.O. Box 301415,    Dallas, TX 75303-1415
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9023599          +E-mail/Text: robin@capitalcouriers.com Jan 23 2015 21:22:13     Capital Couriers,
                   10878 Westheimer # 150,    Houston, TX 77042-3202
9023604          +E-mail/Text: bankruptcy@communitybankoftx.com Jan 23 2015 21:24:19
                   CommunityBank of Texas, N.A.,    5999 Delaware Street,    Beaumont, TX 77706-7607
9023613           E-mail/Text: achae@gardere.com Jan 23 2015 21:22:03     Gardere Wynne Sewell LLP,
                   1000 Louisiana Suite 3400,    Houston, TX 77002-5011
9023621           E-mail/Text: cio.bncmail@irs.gov Jan 23 2015 21:22:33     Internal Revenue Service,
                   Special Procedures Staff-Insolvency,    P.O. Box 7346,    Philadelphia, PA 19101-7346
9023634          +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Jan 23 2015 21:23:16
                   Office of the United States Trustee,    515 Rusk Street, Suite 3516,    Houston, TX 77002-2604
9023636          +E-mail/Text: kangel@opportune.com Jan 23 2015 21:22:04     Opportune LLP,
                   711 Louisiana, Suite 1770,    Houston, TX 77002-2762
9023645           E-mail/Text: jay.gerber@prnewswire.com Jan 23 2015 21:24:46     PR Newswire,   G.P.O.,
                   Box 5897,   New York, NY 10087-5897
9023640          +E-mail/Text: enotify@pkftexas.com Jan 23 2015 21:22:06     Pannell Kerr Forster,
                   5847 San Felipe, Suite 2400,    Houston, Texas 77057-3163
9023641          +E-mail/Text: enotify@pkftexas.com Jan 23 2015 21:22:06     Pannell Kerr Forster of Texas, P.C.,
                   5847 San Felipe, Suite 2400,    Houston, TX 77057-3163
9023654           E-mail/Text: pacer@cpa.state.tx.us Jan 23 2015 21:24:44
                   Texas Comptroller of Public Accounts,    Revenue Accounting Division - Bankruptcy,
                   P.O. Box 13528 Capitol Station,    Austin, TX 78711
9023656          +E-mail/Text: ridpacer@twc.state.tx.us Jan 23 2015 21:24:47     Texas Workforce Commission,
                   TWC Building - Regulatory Integrity Divi,    101 East 15th Street,    Austin, TX 78778-0001
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9023639*          Palacios ISD Tax Office Acct# PC34195,    Rebecca Seaman Garcia, RTA,   1209 12th Street,
                   Palacios, TX 77465-3799
9023589          ##+Baker & O'Brien, Inc.,    12221 Merit Drive, Suite 1150,    Dallas, TX 75251-2247
9023648          ##+Cheryl Sorrels,    311 Terrace,   Houston, TX 77007-5046
9023611          ##+Roger K. Frey,    416 9th St.,   Del Mar, CA 92014-2823
                                                                                 TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2015 at the address(es) listed below:
              Joseph Peak Rovira    on behalf of Debtor    Mining Oil, Inc. josephrovira@andrewskurth.com
              Lowell T Cage    lcage@cagehill.com,
               trustee1@cagehill.com;lc@trustesolutions.com;trustee2@cagehill.com;LC@trustesolutions.net;staff@c
               agehill.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                               TOTAL: 3
```