B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Mining Oil, Inc.**

Case No.   **15-30427**

Debtor

Chapter   **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4.03 | | |
| B - Personal Property | Yes | 4 | 2,331.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 4,780,500.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 3,838,182.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 2,335.03 | | |
| Total Liabilities | | | | 8,618,682.92 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Texas

In re    **Mining Oil, Inc.**

Debtor

Case No.    **15-30427**

Chapter      **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Mining Oil, Inc.**                                           Case No.  __15-30427__

                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   **Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **LeJeune #1 Lease**<br>**North Edna Field**<br>**Jefferson Davis, LA** | **Mineral Lease Royalty Interest** | - | 4.03 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 4.03 | (Total of this page) |
| Total > | 4.03 |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Mining Oil, Inc.**                                                      Case No.   __15-30427__
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Community Bank of Texas, N.A.**<br>**Account Number 33332** | - | 681.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total ><br>(Total of this page) | 681.00 |

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mining Oil, Inc.**                                          Case No.   **15-30427**
                                                                    _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership interest in High Island 77 LLC** | - | **Unknown** |
| | | **100% ownership interest in High Island Platform LLC** | - | **Unknown** |
| | | **100% ownership interest in High Island Gas LLC** | - | **Unknown** |
| | | **100% ownership interest in High Island Pipeline LLC** | - | **Unknown** |
| | | **100% ownership interest in Matagorda Gas LLC** | - | **Unknown** |
| | | **100% ownership interest in Matagorda Pipeline LLC** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mining Oil, Inc.**                                                     Case No.   **15-30427**
_____
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims Asserted by Mining Oil in Sorrels v. Beckham, et al., Case No. 2014-32001 in 164th Judicial District of Harris County, Texas** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Seismic Data pursuant to Seismic Exchange Master Agreement** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **15 vertical legal size file cabinets, 4 drawers (Black) 7  lateral file cabinets, 5 drawers (Cream)** | - | 1,650.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

                                                    Sub-Total >        1,650.00
                                                  (Total of this page)

Sheet  **2**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Mining Oil, Inc.**                                                  Case No. ____**15-30427**_____
_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 2,331.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Mining Oil, Inc.**                                                     Case No. ____**15-30427**____
_____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Community Bank of Texas, N.A.**<br>**5999 Delaware Street**<br>**Beaumont, TX 77706** | | - | **09/28/2009**<br><br>**Deed of Trust**<br><br>**Chattel paper, accounts, instruments, promissory notes and general intangibles of Debtor** | | | | | |
| | | | Value $        **Unknown** | | | | **333,403.26** | **Unknown** |
| Account No.<br><br>**Joe Hill, Chapter 7 Trustee for Sterling Exploration & Production Co LLC**<br>**5851 San Felipe Suite 950**<br>**Houston, TX 77057** | | - | **Net Profits Interest/Production Payment**<br><br>**Burdens interest of Debtors' subsidiaries in lease ST52/N, lease ST49, and lease ST51.** | | | | | |
| | | | Value $        **Unknown** | | | | **2,000,000.00** | **Unknown** |
| Account No.<br><br>**John Thibeaux**<br>**5698 Bayou Glenn**<br>**Houston, TX 77056** | | - | **Production Payment/Net Profit Interest**<br><br>**Burdens interest of Debtors' subsidiaries in lease ST 52N/2, lease ST49 and lease ST51** | | | | | |
| | | | Value $        **Unknown** | | | | **526,796.00** | **Unknown** |
| Account No.<br><br>**Michael H. Price**<br>**P.O. Box 130668**<br>**Houston, TX 77219** | | - | **03/01/2013**<br><br>**Deed of Trust**<br><br>**Chattel paper, production, accounts, promissory notes, and general intangibles of Debtor** | | | | | |
| | | | Value $        **Unknown** | | | | **185,000.00** | **Unknown** |

**1**   continuation sheets attached

Subtotal
(Total of this page)    **3,045,199.26**    **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re      **Mining Oil, Inc.**                                                    Case No. _____**15-30427**_____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 3/17/2008 | | | | | |
| Randall O Sorrels 800 Commerce Street Houston, TX 77002 | - | | | | Deed of Trust Pipeline and mineral interest owned by Debtor and its subsidiaries | | | | | |
| | | | | | Value $           Unknown | | | | 1,033,120.69 | Unknown |
| Account No. | | | | | 05/20/2008 | | | | | |
| Randall O. Sorrels 800 Commerce St. Houston, TX 77002 | - | | | | Deed of Trust Certain mineral interest owned by Debtor and its subsidiaries. | | | | | |
| | | | | | Value $           Unknown | | | | 75,555.55 | Unknown |
| Account No. | | | | | 03/01/2013 | | | | | |
| Randall O. Sorrels 800 Commerce St. Houston, TX 77002 | - | | | | Deed of Trust Chattel paper, production, accounts, promissory notes, and general intangibles of Mining Oil | | | | | |
| | | | | | Value $           Unknown | | | | 150,000.00 | Unknown |
| Account No. | | | | | 05/20/2008 | | | | | |
| Richard D. Jones 2202 Wimberie Ct. Katy, TX 77450 | - | | | | Deed of Trust Certain mineral interest and pipelines of the Debtor and its subsidiaries | | | | | |
| | | | | | Value $           Unknown | | | | 376,625.00 | Unknown |
| Account No. | | | | | 03/01/2013 | | | | | |
| Roger Frey 416 9th St. Del Mar, CA 92014 | - | | | | Deed of Trust Chattel paper, production, accounts, promissory notes, and general intangibles of Mining Oil. | | | | | |
| | | | | | Value $           Unknown | | | | 100,000.00 | Unknown |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                 **1,735,301.24**          **0.00**

Total
(Report on Summary of Schedules)     **4,780,500.50**          **0.00**

B6E (Official Form 6E) (4/13)

In re   **Mining Oil, Inc.**                                                                    Case No.    **15-30427**
                                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                                     **0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Mining Oil, Inc.**                                          Case No. ___**15-30427**___
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Stock Transfer & Trust Company** P.O. Box 12893 Philadelphia, PA 19176 | | - | 03/04/2014 to 10/07/2014 **Trade debt** | | | | 5,405.60 |
| Account No. **Baker & O'Brien, Inc.** 12221 Merit Drive, Suite 1150 Dallas, TX 75251 | | - | 07/01/2008 to 04/30/2009 **Trade Debt** | | | | 23,046.76 |
| Account No. **Baker Hughes** P.O. Box 301057 Dallas, TX 75303 | | - | 12/26/2013 to 04/24/2014 **Trade Debt** | | | X | 687,123.74 |
| Account No. **Baker, Donelson, Bearman, Caldwell** 301 McKinney Street, Suite 3700 Houston, TX 77010 | | - | 08/22/2013 **Trade Debt** | | | | 6,240.00 |
| | | | | | | Subtotal (Total of this page) | 721,816.10 |

__8__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re      **Mining Oil, Inc.**                                                                    Case No. _____**15-30427**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bill Walker**<br>**4899 Montrose Blvd.**<br>**Houston, TX 77006** | - | | | | | | 193,166.67 |
| Account No. | | | 06/11/2009 to 08/26/2009<br>**Trade Debt** | | | | |
| **Canales & Simons, P.C.**<br>**2601 Morgan Avenue**<br>**P.O. Box 5624**<br>**Corpus Christi, TX 78465** | - | | | | | | 2,026.33 |
| Account No. | | | 12/05/2014<br>**Trade Debt** | | | | |
| **Capital Couriers**<br>**10878 Westheimer #150**<br>**Houston, TX 77042** | - | | | | | | 53.13 |
| Account No. | | | **Trade Debt** | | | | |
| **Cenozic Energy LLC**<br>**1010 Lamar St. Suite 1005**<br>**Houston, TX 77002** | - | | | | | | 134,652.50 |
| Account No. | | | 04/20/2012 to 11/17/2014<br>**Payment of trade claims** | | | | |
| **Chris Stacy**<br>**1010 Lamar St., Suite 1005**<br>**Houston, TX 77002** | - | | | | | | 38,871.68 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ............................ 368,770.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mining Oil, Inc.**                                                                    Case No. ____**15-30427**____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | 12/08/2014<br>Judgment | | | | |
| **Clayton Van Levy**<br>**Hirsch & Westheimer**<br>**ATTN: Eric S. Lipper**<br>**1415 Louisiana, 36th Floor**<br>**Houston, TX 77002** | - | | | | | X | 1,226,056.48 |
| **Account No.** | | | 12/13/2013<br>Trade Debt | | | | |
| **Clean Tank, In.c**<br>**101 Heron Ct.**<br>**Magnolia, TX 77355** | - | | | | | | 15,412.50 |
| **Account No.** | | | 11/04/2014 to 1/12/2015<br>Trade Debt | | | | |
| **Community Bank of Texas, N.A.**<br>**5999 Delaware Street**<br>**Beaumont, TX 77706** | - | | | | | | 8,557.60 |
| **Account No.** | | | 09/04/2014<br>Trade Debt | | | | |
| **Continental Court Reports, Inc.**<br>**5300 memorail Drive, Suite 250**<br>**Houston, TX 77007** | - | | | | | | 1,744.71 |
| **Account No.** | | | 04/03/2009<br>Trade Debt | | | | |
| **Coree Sign**<br>**2706 Double Lake Drive**<br>**Missouri City, TX 77459** | - | | | | | | 79.42 |

Sheet no. __**2**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,251,850.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mining Oil, Inc.** _____,    Case No. ___**15-30427**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 12/11/2008 Trade Debt | | | | |
| Don Rhodes & Associates, Inc. 940 E. 51st St. Suite 108 Austin, TX 78751 | - | | | | | | | | 216.50 |
| Account No. | | | | | Indemnification Claim | | | | |
| Donald Beckham 3829 Villanova Houston, TX 77005 | - | | | | | | X | | Unknown |
| Account No. | | | | | 01/07/2014 to 02/04/2014 Trade Debt | | | | |
| Dynamic Industries, Inc. P.O. Box 9406 New Iberia, LA 70562 | - | | | | | | | | 27,368.25 |
| Account No. | | | | | 01/03/2014 Trade Debt | | | | |
| Fastorq, LLC P.O. Box 1507 Harvey, LA 70059 | - | | | | | | | | 8,506.00 |
| Account No. | | | | | 08/25/2008 to 07/19/2010 Trade Debt | | | | |
| Gardere Wynne Sewell LLP Wells Fargo Plaza, Suite 3400 1000 Louisiana Houston, TX 77002 | - | | | | | | | | 408,045.67 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          444,136.42

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mining Oil, Inc.**                                                                Case No.  **15-30427**
                                                                                                        ──────────────
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/13/2013 to 01/07/2014<br>Trade Debt | | | | |
| GE Oil & Gas Pressure Control<br>4424 W. Sam Houston Pkwy Suite 100<br>Houston, TX 77041 | | - | | | | | 26,056.88 |
| Account No. | | | 09/04/2008 to 03/27/2009<br>Trade Debt | | | | |
| George Koo<br>Hill Crest Capital Advisors, LLC<br>126 Fig Drive<br>Huntington Station, NY 11746 | | - | | | | | 36,114.59 |
| Account No. | | | 11/15/2013 to 02/06/2014<br>Trade Debt | | | | |
| Laredo Offshore Services, Inc.<br>110 Horeshoe Road<br>Belle Chasse, LA 70037 | | - | | | | | 176,708.22 |
| Account No. | | | 01/10/2014<br>Trade Debt | | | | |
| Ludington Trucking<br>22251 Hwy 36<br>Brookfield, MO 64628 | | - | | | | | 3,600.00 |
| Account No. | | | 01/07/2014<br>Trade Debt | | | | |
| Martin Energy Services, LLC<br>P.O. Box 191<br>Longview, TX 75603 | | - | | | | | 1,262.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 243,741.69 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mining Oil, Inc.**                                     Case No.    **15-30427**
_____          _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 06/06/2014 Trade Debt | | | | |
| Matagorda Oilfield Specialty, Inc. 3586 FM 2668 Bay City, TX 77414 | - | | | | | | | |
| | | | | | | | | 15.78 |
| Account No. | | | | Indemnification Claim | | | | |
| Michael Price P.O. Box 130668 Houston, TX 77219 | - | | | | | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | 11/24/2014 Trade Debt | | | | |
| Mike Sullivan P.O. Box 4622 Houston, TX 77210 | - | | | | | | | |
| | | | | | | | | 73.79 |
| Account No. | | | | 07/23/2008 to 09/17/2008 Trade Debt | | | | |
| Netherland, Sewell & Associates, Inc. 4500 Thanksgiving Tower 1601 El Street Dallas, TX 75201 | - | | | | | | | |
| | | | | | | | | 7,512.61 |
| Account No. | | | | 01/03/2014 Trade Debt | | | | |
| Offshore Energy Services, Inc. 5900 Highway 90 East Broussard, LA 70518 | - | | | | | | | |
| | | | | | | | | 96,764.57 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    104,366.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mining Oil, Inc.**                                                      Case No. _____**15-30427**_____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Opportune LLP<br>711 Louisiana, Suite 1770<br>Houston, TX 77002 | | - | 05/06/2008 to 12/01/2009<br>Trade Debt | | | | 299,306.06 |
| Account No.<br><br>Pannell Kerr Forster<br>5847 San Felipe, Suite 2400<br>Houston, TX 77057 | | - | 06/30/2008 to 11/15/2010<br>Trade Debt | | | | 159,892.31 |
| Account No.<br><br>Patterson Rental Tools<br>8032 Maint Street<br>Houma, LA 70360 | | - | 01/27/2014<br>Trade Debt | | | | 46,661.31 |
| Account No.<br><br>PPI Technology Services, LLC<br>920 Memorial City Way Suite 900<br>Houston, TX 77024 | | - | 12/04/2013 to 01/29/2014<br>Trade Debt | | | | 113,701.25 |
| Account No.<br><br>PR Newswire<br>P.O. Box 5897<br>New York, NY 10087 | | - | 09/25/2009<br>Trade Debt | | | | 195.00 |

| | | |
|---|---|---|
| Sheet no. __6__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 619,755.93 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Mining Oil, Inc.__        Case No. ___15-30427___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Schiffer Odom Hichks PLLC<br>700 Louisiana St. #1200<br>Houston, TX 77002 | - | | 02/02/2009 to 03/02/2009<br>Trade Debt | | | | 30,262.25 |
| Account No.<br><br>The Downton Club<br>340 West Dallas<br>Houston, TX 77002 | - | | 07/31/2009 to 10/31/2009<br>Trade Debt | | | | 718.50 |
| Account No.<br><br>Triad Pipe & Steel, LLC<br>15995 N. Barkers Landing Ste. 350<br>Houston, TX 77079 | - | | 11/30/2013<br>Trade Debt | | | | 2,289.49 |
| Account No.<br><br>Trussco, Inc.<br>P.O. Box 3761<br>Lafayette, LA 70502 | - | | 01/07/2014<br>Trade Debt | | | | 1,200.00 |
| Account No.<br><br>United Vision Logistics<br>4021 Ambassador Caffery Prkwy Bld.<br>A 200<br>Lafayette, LA 70503 | - | | 12/24/2013 to 06/04/2014<br>Trade Debt | | | | 48,801.77 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

83,272.01

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mining Oil, Inc.**                                                     Case No. _____**15-30427**_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | 04/17/2008 | | | | |
| Winstead PC 540  Renaissance Tower 120 Elm Street Dallas, TX 75270 | | - | | | Trade Debt | | | | 472.50 |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __8___ of _8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 472.50 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 3,838,182.42 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Mining Oil, Inc.**                                        Case No.____**15-30427**_____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Adam Schiffer**<br>**Schiffer Odom Hicks PLLC**<br>**700 Louisiana St, #1200**<br>**Houston, TX 77002** | **Engagement Agreement** |
| **Randall O. Sorresl**<br>**800 Commerce Street**<br>**Houston, TX 77002** | **Exploration Agreement** |
| **Seismic Exchange, Inc.**<br>**11050 Capital Park Drive**<br>**Houston, TX 77041** | **Master Geophysical Data-Use License** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Mining Oil, Inc.**                                        Case No. _____**15-30427**_____
                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chris A. Stacy**<br>**1010 Lamar Street**<br>**Houston, TX 77002** | **Community Bank of Texas, N.A.**<br>**5999 Delaware Street**<br>**Beaumont, TX 77706** |
| **Clayton Van Levy**<br>**3102 Sackett Street**<br>**Houston, TX 77098** | **Community Bank of Texas, N.A.**<br>**599 Delaware Street**<br>**Beaumont, TX 77706** |
| **George R. Koo**<br>**126 Fig Drive**<br>**Dix Hills, NY 11746** | **Community Bank of Texas, N.A.**<br>**5999 Delaware Street**<br>**Beaumont, TX 77706** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Mining Oil, Inc.**                                        Case No.   **15-30427**
                                            Debtor(s)                Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the   of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **21**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   2 - 5 - 2015        Signature

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.