# Exhibit "A"

Invoices of Barco Bay Services

# BARCO BAY SERVICES

# INVOICE

208 Michael St.
Inez, Texas 77968
Phone (361) 576-1519  Fax (361) 576-3139  Cell (361) 652-5597

**TO: MR. DON BECKHAM**
Mining Oil, Inc.
1001 Fannin St. Suite 270
Houston, Texas 77002

Mining Oil
INVOICE # 01-2015
Gauging /Nav-Aids
Pipeline Patroling
Comp. Rental N/C

Work Done Date: January, 2015
Work Done Location: Matagorda Bay and Lavaca Bay

RE: Gauging Well S.T.105#11, Platforms, Pipelines, & Nav-Aids.
S.T. 105 Main Platform – Separators, Meter, Meter Runs, Maintaining 100 H.P. Compressor & 4 Nav-Aids Light & sales manifold

| DESCRIPTION | AMOUNT |
|---|---|
| S.T. 105 Production Platform with Production Equipment meter run and meter maintenance to 2 -12 volt lights. Cleaned off solar panel and purchased 1 – new 6 volt battery. | 500.00 |
| S.T 105 Well #11 well shut in for January is 750 p.s.i. crew will check well for shut in tubing pressure, well guard, departing pipeline & Nav-aid light. Crew will flare well to atmosphere monthly if required to hold lease. | 300.00 |
| Patrol 8" Pipeline from 105 Production Platform to Sand point Platform and check total flow meter (Formosa) in Lavaca Bay. | 300.00 |
| Inspection & maintenance to two Nav- aid lights in Lavaca Bay marking the 8" pipeline marker # 1 & marker # 2 Inspection and maintenance. | 400.00 |
| Patrol 16" Pipeline going across Matagorda Bay. | 400.00 |
| 2 – 16" Pipeline Markers with Nav-aid lights on each marker. 1 on the East Side / 1 on the West Side of Matagorda Bay with Inspection & Maintenance to Nav-Aid lights cleaned off solar panels. | 500.00 |
| Barco's 100 horsepower compressor on platform at (No Charge) | |
| TOTAL | = $ 2,400.00 |

**Barco Bay Services**  =====INVOICE=====

208 Michael St.
Inez, Texas
Phone: 361 576-1519  Fax: 361 576-3139 cell: 361- 652-5597

**DATE: JANUARY**
**INVOICE #01-101**

**TO: DON BECKHAM**
Mining Oil , Inc.
1001 Fannin St. Suite 270
Houston , TX. 77002
Fax: (713) 527-9992
Re: January, 2015 Gauging S.T. 304 #1

Work Done Location: Matagorda Bay

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| S.T. 307 Platform, patrol pipeline, check Nav-aid light and Maintenance. Crew checks vessel for fluid, manually drain if necessary to keep pipeline dry. | | 850.00 | 850.00 |
| S.T. 304 #1 Contract Gauging for producing well, maintaining 2 phase separator meter and meter run. Changed charts weekly and hand deliver to Southern Flow. Maintenance to Nav-Aid Light , cleaned off solar panel. | | 1,500.00 | 1,500.00 |
| Make all checks payable to [Barco Bay Services] | | TOTAL | $ 2,350.00 |

**Thank you for your business!**

# Barco Bay Services

# INVOICE

208 Michael St.
Inez, Texas 77968
Phone (361) 576-1519  Fax (361) 576-3139

DATE: JANUARY
Mining Oil
INVOICE #01-100

**TO: MR. DON BECKHAM**
Mining Oil, Inc.
1001 Fannin St. Suite 270
Houston, Texas 77002
Fax : (713) 527-9992

Work Done Date: January, 2015
Work Done Location: Matagorda Bay

RE: Contract Gauging for S.T. 106 Well #1

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| Contract Monthly Gauging for S.T. 106 #1, Well head, Well guard, Inspection & Maintenance to Nav-Aid Light on top of well guard at well location. Flow line from Well to Main Platform. Production equipment at Main Platform, Separator with dumps, Meter run and Meter. Changed charts weekly and hand deliver charts to Southern Flow. | | | 2,500.00 |
| Labor for replacing dump valve on production separator = 250.00 | | | 250.00 |
| | | Total = | $2,750.00 |

Feb 2015 pd Invoice

**HIGH ISLAND GAS, LLC**

Barco Bay Services, Inc.

| Date | Type | Reference | Original Amt. | Balance Due | 3/5/2015 | | |
|---|---|---|---|---|---|---|---|
| | | | | | Discount | Payment | |
| 2/28/2015 | Bill | Inv# 02-100 (ST 106) | 3,250.00 | 3,250.00 | | 2,500.00 | |
| | | | | | Check Amount | 2,500.00 | 1822 |

# BARCO BAY SERVICES                                                INVOICE

208 Michael St.
Inez, Texas 77968
Phone (361) 576-1519  Fax (361) 576-3139  Cell (361) 652-5597

**TO: MR. DON BECKHAM**
Mining Oil, Inc.
1001 Fannin St. Suite 270
Houston, Texas 77002

Mining Oil
**INVOICE # 02-2015**
Gauging /Nav-Aids
Pipeline Patroling
Comp. Rental N/C

Work Done Date: February, 2015
Work Done Location: Matagorda Bay and Lavaca Bay

RE: Gauging Well S.T.105#11, Platforms, Pipelines, & Nav-Aids.
   S.T. 105 Main Platform – Separators, Meter, Meter Runs, Maintaining 100 H.P. Compressor & 4 Nav-Aids Light & sales manifold

| DESCRIPTION | AMOUNT |
|---|---|
| S.T. 105 Production Platform with Production Equipment meter run and meter maintenance to 2 -12 volt lights. Cleaned off solar panel and purchased 1 – new 6 volt battery. | 500.00 |
| S.T 105 Well #11 well shut in for February is 750 p.s.i. crew will check well for shut in tubing pressure, well guard, departing pipeline & Nav-aid light. Crew will flare well to atmosphere monthly if required to hold lease. | 300.00 |
| Patrol 8" Pipeline from 105 Production Platform to Sand point Platform and check total flow meter (Formosa) in Lavaca Bay. | 300.00 |
| Inspection & maintenance to two Nav- aid lights in Lavaca Bay marking the 8" pipeline marker # 1 & marker # 2 Inspection and maintenance. | 400.00 |
| Patrol 16" Pipeline going across Matagorda Bay. | 400.00 |
| 2 – 16" Pipeline Markers with Nav-aid lights on each marker. 1 on the East Side / 1 on the West Side of Matagorda Bay with Inspection & Maintenance to Nav-Aid lights cleaned off solar panels. | 500.00 |
| Barco's 100 horsepower compressor on platform at (No Charge) | |
| | TOTAL = $ 2,400.00 |

**Barco Bay Services**

# INVOICE

208 Michael St.
Inez, Texas 77968
Phone (361) 576-1519  Fax (361) 576-3139

DATE: FEBRUARY
Mining Oil
INVOICE #02-100

**TO: MR. DON BECKHAM**
Mining Oil, Inc.
1001 Fannin St. Suite 270
Houston, Texas 77002
Fax : (713) 527-9992

Work Done Date: February, 2015
Work Done Location: Matagorda Bay

RE: Contract Gauging for S.T. 106 Well #1

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| Contract Monthly Gauging for S.T. 106 #1, Well head, Well guard, Inspection & Maintenance to Nav-Aid Light on top of well guard at well location. Flow line from Well to Main Platform. Production equipment at Main Platform, Separator with dumps, Meter run and Meter. Changed charts weekly and hand deliver charts to Southern Flow. | | | 2,500.00 |
| Labor for replacing dump valve on production separator = 250.00 | | | 250.00 |
| 1-Northseal 1" Dump valve for High Pressure Separator for liquid level = 500.00 | | | 500.00 |
| | | Total = | $3,250.00 |

# Barco Bay Services

# INVOICE

208 Michael St.
Inez, Texas
Phone: 361 576-1519  Fax: 361 576-3139 cell: 361- 652-5597

DATE: FEBRUARY
INVOICE #02-101

**TO: DON BECKHAM**
Mining Oil , Inc.
1001 Fannin St. Suite 270
Houston , TX. 77002
Fax: (713) 527-9992
Re: February, 2015 Gauging S.T. 304 #1

Work Done Location: Matagorda Bay

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| S.T. 307 Platform, patrol pipeline, check Nav-aid light and Maintenance. Crew checks vessel for fluid, manually drain if necessary to keep pipeline dry. | | 850.00 | 850.00 |
| S.T. 304 #1 Contract Gauging for producing well, maintaining 2 phase separator meter and meter run. Changed charts weekly and hand deliver to Southern Flow.  Maintenance to Nav-Aid Light , cleaned off solar panel. | | 1,500.00 | 1,500.00 |
| | | TOTAL | $ 2,350.00 |

Make all checks payable to [Barco Bay Services]

**Thank you for your business!**

# Barco Bay Services

# INVOICE

208 Michael St.
Inez, Texas
Phone: 361 576-1519  Fax: 361 576-3139 cell: 361- 652-5597

DATE: MARCH
INVOICE #03-102

TO: DON BECKHAM
Mining Oil, Inc.
1001 Fannin St. Suite 270
Houston , TX. 77002
Fax: (713) 527-9992

RE: Flare 304#1
Work Done Location: Matagorda Bay
Work Done Date: 3/10/15

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| On 3/9/15 – Barco operators discovered well 304#1 not producing. Scheduled to flare well in order to get it to produce. On 3/10/15 Barco operators traveled to Port O Connor, Tx. loaded and fueled up crew boat, departed for S.T 304#1 well not producing at arrival loaded up. Operators dropped several soap sticks into well, waited 2 hrs., opened to atmosphere for 4 hrs. well unloaded, put back into system and stayed until lined out. Well at arrival ZERO GAS PRODUCTION. Well at departure 170,000 M.C.F. <br><br> 1- Crew boat with fuel = 750.00 <br> 2- Certified Operators 45.00 x 2 x 11 hrs. = 990.00 <br> Mileage – 100 x 1.50 = 150.00 <br> Soap Sticks = 72.00 | | | |
| Make all checks payable to [Barco Bay Services] | | TOTAL | $ 1,962.00 |

Thank you for your business!

# Barco Bay Services

# INVOICE

208 Michael St.
Inez, Texas
Phone: 361 576-1519  Fax: 361 576-3139 cell: 361- 652-5597

DATE: MARCH
INVOICE #03-101

**TO: DON BECKHAM**
Mining Oil, Inc.
1001 Fannin St. Suite 270
Houston , TX. 77002
Fax: (713) 527-9992
Re: March, 2015 Gauging S.T. 304 #1

Work Done Location: Matagorda Bay

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| S.T. 307 Platform, patrol pipeline, check Nav-aid light and Maintenance. Crew checks vessel for fluid, manually drain if necessary to keep pipeline dry. | | 850.00 | 850.00 |
| S.T. 304 #1 Contract Gauging for producing well, maintaining 2 phase separator meter and meter run. Changed charts weekly and hand deliver to Southern Flow.  Maintenance to Nav-Aid Light , cleaned off solar panel. | | 1,500.00 | 1,500.00 |
| | | TOTAL | $ 2,350.00 |

Make all checks payable to [Barco Bay Services]

**Thank you for your business!**

# BARCO BAY SERVICES

# INVOICE

208 Michael St.
Inez, Texas 77968
Phone (361) 576-1519  Fax (361) 576-3139  Cell (361) 652-5597

**TO: MR. DON BECKHAM**
Mining Oil, Inc.
1001 Fannin St. Suite 270
Houston, Texas 77002

Mining Oil
**INVOICE # 03-2015**
Gauging /Nav-Aids
Pipeline Patroling
Comp. Rental N/C

Work Done Date: March, 2015
Work Done Location: Matagorda Bay and Lavaca Bay

RE: Gauging Well S.T.105#11, Platforms, Pipelines, & Nav-Aids.
S.T. 105 Main Platform – Separators, Meter, Meter Runs, Maintaining 100 H.P. Compressor & 4 Nav-Aids Light & sales manifold

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| S.T. 105 Production Platform with Production Equipment meter run and meter maintenance to 2 -12 volt lights. Cleaned off solar panel. | | | 500.00 |
| S.T 105 Well #11 well shut in for March is 750 p.s.i. crew will check well for shut in tubing pressure, well guard, departing pipeline & Nav-aid light. Crew will flare well to atmosphere monthly if required to hold lease. | | | 300.00 |
| Patrol 8" Pipeline from 105 Production Platform to Sand point Platform and check total flow meter (Formosa) in Lavaca Bay. | | | 300.00 |
| Inspection & maintenance to two Nav- aid lights in Lavaca Bay marking the 8" pipeline marker # 1 & marker # 2 Inspection and maintenance. | | | 400.00 |
| Patrol 16" Pipeline going across Matagorda Bay. | | | 400.00 |
| 2 – 16" Pipeline Markers with Nav-aid lights on each marker. 1 on the East Side / 1 on the West Side of Matagorda Bay with Inspection & Maintenance to Nav-Aid lights cleaned off solar panels. | | | 500.00 |
| Barco's 100 horsepower compressor on platform at (No Charge) MINING OIL IS RESPONSIBLE FOR THE REMOVAL OF THIS COMPRESSOR. | | | |
| | | | TOTAL = $ 2,400.00 |

# Barco Bay Services

# INVOICE

208 Michael St.
Inez, Texas 77968
Phone (361) 576-1519  Fax (361) 576-3139

DATE: MARCH
Mining Oil
INVOICE #03-100

TO: MR. DON BECKHAM
Mining Oil, Inc.
1001 Fannin St. Suite 270
Houston, Texas 77002
Fax : (713) 527-9992

Work Done Date: March, 2015
Work Done Location: Matagorda Bay

RE: Contract Gauging for S.T. 106 Well #1

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| Contract Monthly Gauging for S.T. 106 #1, Well head, Well guard, Inspection & Maintenance to Nav-Aid Light on top of well guard at well location. Flow line from Well to Main Platform. Production equipment at Main Platform, Separator with dumps, Meter run and Meter. Changed charts weekly and hand deliver charts to Southern Flow. | | | 2,500.00 |
| | | Total = | $2,500.00 |